David Myron SUIRE, Plaintiff–
Appellant,

v.

Dr. Lino QUILO; Kevin Johnson, P.A.;
RN Michelle Autrey; Conmed Health-
care, Defendants–Appellees,

and

Wicomico County Detention Center; Di-
rector Douglas C. Devenyns; Correc-
tional Officers, Defendants.

No. 15–6754.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 27, 2015.

Decided: Sept. 1, 2015.

David Myron Suire, Appellant Pro Se. Thomas Althauser, Eccleston & Wolf, PC, Hanover, Maryland, for Appellees.

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

269

PER CURIAM:

David Myron Suire appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Suire v. Quilo*, No. 1:13–cv–02320–JKB, 2015 WL 1650052 (D.Md. April 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*